■ In the Matter of SEYMOUR S. DETSKY, a Disbarred Attorney.—Petitioner's application for reinstatement denied. Concur—Sullivan, J. P., Rosenberger, Kupferman, Ross and Smith, JJ.